# SHER TREMONTE LLP

August 12, 2019

**BY ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 518
New York, New York 10007

      Re:   ***Rexton Realty Company et al. v. Goliszeski et al.***,
             Case No. 18 Civ. 10519

Dear Judge Broderick:

      This firm represents Defendant Marilee Bleetstein in the above-referenced matter, and we submit this letter motion jointly with Gelber & Santillo PLLC, attorneys for Defendants Michael Goliszeski, P Grott Limited Liability Company, Unity Contracting Construction, LLC, Management Resource Group, LLC, and M&M Contracting & Construction, LLC.  Pursuant to paragraph G of Your Honor's Individual Rules & Practice in Civil Cases, we write to respectfully request an adjournment of Defendants' time to answer or otherwise respond to the Amended Complaint (which is currently due on August 15, 2019) to September 27, 2019.  This is the third request for an extension of time to respond to Plaintiff's First Amended Complaint and Defendants make such a request because the parties have reached a tentative agreement in principle to settle all claims and we are optimistic that the parties are close to reaching a final agreement.  We have conferred with counsel for Plaintiffs, who consent to adjourning the deadline for all Defendants to answer or otherwise respond to the Amended Complaint until September 27, 2019.

Respectfully submitted,                       Respectfully submitted,

/s/ *Erica A. Wolff*                               /s/ *R. Zachary Gelber*

Erica A. Wolff                                     R. Zachary Gelber

cc:      Counsel of Record (by ECF)

90 Broad Street | 23rd Floor | New York, NY  10004
www.shertremonte.com | tel 212.202.2600 | fax 212.202.4156